UNITED STATES BANKRUPTCY COURT
SOUTHISN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        Case No: 21-12465-LMI

Yanexis Contreras Guerra,                                     Chapter 7
_____Debtor_____/

## DEBTOR'S EX-PARTE MOTION TO DISMISS DUPLICATE CHAPTER 7 CASE AND MOTION FOR REFUND OF COURT FEES

**COMES NOW,** the Debtor, Yanexis Contreras Guerra, by and through her undersigned counsel, and files this Motion to Dismiss Duplicate Chapter 7 Case and Motion for Refund of Court Fees pursuant to Local Rule 5081-1 (D) and states as follows:

1.  The instant case was filed on March 16,2021.

2.  Afterwards/before on March 16,2021, another case was filed with the case number 21-12464-AJC.

3.  The filing of this instant case was made in error as it is a duplicate case.

4.  The Debtor requests that this case be dismissed as a duplicate of the actual case 21-12465-LMI.

5.  Since the filing of this instant duplicate case 21-12465-LMI was made in error, the undersigned requests a refund of the filing fee that was paid for this instant case in the amount of $338.00.

6.  The Trustee was contacted and does not oppose the instant motion.

7.  A proposed order is attached to this instant motion and is also being uploaded for signature.

**WHEREFORE**, the debtor, Yanexis Contreras Guerra, respectfully requests that this Court enter an Order Dismissing this Duplicate Chapter 7 Case and Refunding the Court Fees in the amount of $355.00, and all other relief that is just.

I hereby certify that I am admitted to the Bar of the United State District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49 Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq.,
    FBN#0442161

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Conns
Attn: Bankruptcy
2445 Technology Forest Blvd, Bldg 4, Ste
The Woodlands, TX 77381

Fair Collections & Outsourcing
Attn:  Bankruptcy Dept
12304 Baltimore Ave Suite #E
Beltsville, MD 20705

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Oportun
Attn: Bankruptcy
Po Box 4085
Menlo Park, CA 94026

Oportun
Attn: Bankruptcy
Po Box 4085
Menlo Park, CA 94026

Preferred Lease
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024

Regional Fin
5015 Fm 2920 Road
Spring, TX 77388

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Syncb/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synerprise Consulting Services, Inc
Attn: Bankruptcy
5651 Broadmoor
Mission, KS 66202

Worth Financial Corp
Attn: Bankruptcy
11671 Jollyville Rd #204
Austin, TX 78759